UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAGOBERTO LEAL GARRIDO (A-240-851-996),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX,

Respondent.

No. 1:26-cv-5314 DAD CSK

ORDER TO SHOW CAUSE

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that, among other things, his detention violates his right to due process. (ECF No. 1.) On August 10, 2026, respondent was ordered to file a status report regarding petitioner's status because the ICE detainer website showed petitioner was no longer in ICE custody. (ECF No. 10.) On August 17, 2026, respondent filed a status report showing that on June 3, 2026, an immigration judge granted petitioner's request for voluntary departure. (ECF No. 11 at 5-8.) In addition, plaintiff is now detained at Winn Correctional Center, Louisiana, and operational plans are to schedule plaintiff for a flight out of the country on August 20, 2026 or August 27, 2026. (Id. at 1.) Enforcement and Removal Operations have a valid travel document for petitioner to travel to Cuba. (Id. at 10.)

On July 16, 2026, petitioner was informed of his obligation to keep the court apprised of

his current address. (ECF No. 7 at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.
2. The Clerk of the Court is directed to serve a copy of this order on petitioner at the Winn Correctional Center, 560 Gum Springs Road Winnfield, LA 71483

Dated: August 20, 2026

/1/garr5314.2241.imm.osc

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE