UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO LEAL GARRIDO (A-240-851-996),<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX,<br>Respondent. | No. 1:26-cv-5314 DAD CSK<br><br>ORDER |

Petitioner is an immigration detainee proceeding pro se. On September 11, 2026, petitioner filed a second motion for appointment of counsel. (ECF No. 15.) Petitioner's motion crossed in the mail with this Court's September 11, 2026 order denying petitioner's first motion for the appointment of counsel, and recommending that the petition for writ of habeas corpus be granted on claim four. (ECF No. 14.) Because the Court recommended that the petition be granted, petitioner's second motion for appointment of counsel is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that petitioner's second motion for appointment of counsel (ECF No. 15) is denied without prejudice.

Dated: September 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/garr5314.31